UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDELMIRO PEREZ-GARCIA, JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:18-cv-03783 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY, | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this 15th day of March, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

The Motion to Dismiss, ECF No. 7, is **GRANTED in part** and **DENIED in part** as follows:

1. The Motion to Dismiss the bad faith claim in Count II is denied.

2. The Motion to Dismiss the UTPCPL claim in Count III is granted.

3. Count III of the Complaint is dismissed with prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge