### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDELMIRO PEREZ-GARCIA, JR., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> STATE FARM MUTUAL AUTOMOBILE : <br> INSURANCE COMPANY, : <br> : <br> Defendant. : | CIVIL ACTION <br><br> NO. 18-3783 |

## ORDER

**AND NOW,** this  13th  day of January, 2021, upon consideration of the Motion for Partial Summary Judgment filed by Defendant (Dkt. No. 41), the Plaintiff's Response (Dkt. No. 42), Defendant's Reply (Dkt. No. 59) and Plaintiff's Sur-Reply (Dkt. No. 60), and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED** that Defendant's Motion is **GRANTED** and Count II of Plaintiff's Complaint is **DISMISSED**.

BY THE COURT:


 /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge