## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDELMIRO PEREZ-GARCIA, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-3783 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| Defendant. | : | |

### JUDGMENT AND ORDER

**AND NOW**, this 26th day of February, 2021, following a bench trial on February 22, 2021, and for the reasons stated in the Court's Memorandum filed with this Judgment and Order, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Edelmiro Perez-Garcia, Jr. and against State Farm Mutual Automobile Insurance Company ("State Farm") in the total amount of Thirty-One Thousand and Two Dollars ($31,002), which total is reached by adding:

    a. $10,002 for lost wages after a credit for the $5,000 paid by first party benefits; and

    b. $21,000 for pain-and-suffering and loss of life's pleasures after a credit for $42,000 previously received by Mr. Perez-Garcia from his underinsured benefits in his State Farm automobile insurance policy ($27,000) and the third party's policy liability limits ($15,000).

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge